GERMAN-AMERICAN INSURANCE COMPANY v. OTTO COVEY ET AL.

FILED SEPTEMBER 18, 1894. No. 5828.

ERROR from the district court of Lancaster county. Tried below before HALL, J.

*Jacob Fawcett* and *F. M. Sturdevant,* for plaintiff in error.

*Ricketts & Wilson, contra.*

RYAN, C.

This cause was tried upon the same issues and evidence, and argued upon the same briefs, as were submitted in *Phenix Ins. Co. v. Covey*, 41 Neb., 724, and, following that case, is

AFFIRMED.